IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01613-MSK-MJW

TARA WEHRY,

Plaintiff,

v.

COLAVRIA HOSPITALITY, INC., a Colorado corporation,
ST. PAUL NURSING HOME, INC., a Colorado corporation,
d/b/a ST. PAUL HEALTH CENTER, LTD, and
ST. PAUL HEALTH CENTER, a partnership

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown.  The written Stipulated Protective Order Concerning Confidential Information (docket no. 24-1) is APPROVED and made an Order of Court.

Date: August 29, 2012