IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01613-MSK-MJW

TARA WEHRY,

Plaintiff,

v.

COLAVRIA HOSPITALITY, INC., a Colorado corporation,
ST. PAUL NURSING HOME, INC., a Colorado corporation,
d/b/a ST. PAUL HEALTH CENTER, LTD, and
ST. PAUL HEALTH CENTER, a partnership

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify the Scheduling Order (Docket No. 32) is GRANTED.  The deadline for joinder of parties and amendment of pleadings shall be November 15, 2012.  The Scheduling Order (Docket No. 31) is amended accordingly.

Date: October 5, 2012