IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01613-MSK-MJW

TARA WEHRY,

Plaintiff,

v.

COLAVRIA HOSPITALITY, INC., a Colorado corporation,
ST. PAUL NURSING HOME, INC., a Colorado corporation,
d/b/a ST. PAUL HEALTH CENTER, LTD, and
ST. PAUL HEALTH CENTER, a partnership,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　It is hereby ORDERED that the Unopposed Motion to Modify the Scheduling Order Regarding Rebuttal Expert Disclosures (Docket No. 36) is GRANTED.  The rebuttal expert disclosure deadline shall be extended up to and including January 24, 2013.  The Scheduling Order (Docket No. 31) is amended accordingly.

Date: January 2, 2013